**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 06-3009-01-CR-S-RED |
| | ) | |
| **MICHAEL CONNER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### ORDER

Now pending before the Court is Defendant's Motion to Suppress (Doc. 23), the Government's Response to Defendant's Motion to Suppress Evidence (Doc. 24), and the Report and Recommendation of the United States Magistrate Judge (Doc. 30). Defendant Michael E. Conner seeks to suppress all evidence of alleged child pornography seized following a search of his residence on October 19, 2005. On May 22, 2006, United States Magistrate Judge James C. England issued his Report and Recommendation (Doc. 30) recommending that Defendant's Motion to Suppress Evidence be denied. Defendant has filed no objections to the Magistrate's Report and Recommendation and the time period in which to do so has now passed.

Upon careful and independent review of Defendant's motion, the suggestions filed by the parties in regard to said Motion, and a review of the applicable law, the Court hereby adopts and incorporates as its own opinion and order, the Report and Recommendation of United States Magistrate Judge James C. England. Accordingly, it is hereby:

ORDERED that Defendant Michael E. Conner's Motion to Suppress (Doc. 23) is **DENIED.**

**IT IS SO ORDERED.**

DATE: August 7, 2006        */s/ Richard E. Dorr*
                            RICHARD E. DORR, JUDGE
                            UNITED STATES DISTRICT COURT